No. 41717.—Protest 472951–G of A. I. Namm & Son (New York).

Opinion by TILSON, J.   Embroidered-net veils were held dutiable at 75 percent under paragraph 1430 on the authority of United States v. Ramig (17 C. C. P. A. 365, T. D. 43809).

No. 41718.—Protests 935659–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41719.—Protests 938498–G, etc., of Marshall Field & Co. et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 26, 1939

No. 41720.—Protests 948548–G, etc., of Durkee Famous Foods et al. (New York).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41721.—Protest 933861–G of A. W. Fenton Co. (Cleveland).

Opinion by KEEFE, J.   It was held that in demanding the penalty for violation of the terms of the bond the collector acted in accordance with law.   The protest was therefore overruled.

No. 41722.—Protest 913766–G of Arthur N. Cook (Cleveland).

Opinion by KEEFE, J.   It was held that in demanding the penalty for violation of the terms of the bond the collector acted in accordance with law.   The protest was therefore overruled.

No. 41723.—Petitions 5707–R, etc., of De Boer & Livingston, Inc. (New York).

Opinion by KEEFE, J.   From a careful examination of the evidence the court was convinced that the petitioner had no intention to conceal or misrepresent the facts or to deceive the appraiser as to the value of the merchandise.   The petitions were therefore granted.